# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| William Carl Crisp, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:19-cv-00151-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Erick A. Hooks et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2020 Order.

March 23, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court